United States District Court
Southern District of Texas
**ENTERED**
June 17, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| NOE ALFREDO GABRIEL RAMIREZ, | § § § | |
| Petitioner, | § § | |
| | § | Civil Action No. 4:26-CV-01207 |
| v. | § § | |
| GRANT DICKEY, *et al.*, | § § | |
| Respondents. | § § | |

### ORDER

After considering the Federal Respondents' Motion for Summary Judgment, the Court hereby enters the following order:

It is **ORDERED** that the stay of Petitioner's removal is hereby **LIFTED**, and this case is **DISMISSED** as moot for lack of subject-jurisdiction, with all parties to bear their own costs.


Signed on _____June 17_____, 2026, at Houston, Texas.


_____
The Hon. Keith P. Ellison
United States District Judge